1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JACK W. CHURCH,

11          Plaintiff,                    No. CIV S-10-2319 KJM P

12       vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT, et al.,

14

15          Defendants.              ORDER FOR PAYMENT

16   _____/     OF INMATE FILING FEE

17   To:  The Sheriff of Sacramento County, Attention:  Inmate Trust Account, 651 I Street,

18   Sacramento, California 95814:

19          Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

20   obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is obligated to make

21   monthly payments in the amount of twenty percent of the preceding month's income credited to

22   plaintiff's trust account.  The Sheriff of Sacramento County is required to send to the Clerk of

23   the Court payments from plaintiff's account each time the amount in the account exceeds $10.00,

24   until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

25   /////

26   /////

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2        1. The Sheriff of Sacramento County or a designee shall collect monthly

3 payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the

4 preceding month's income credited to the prisoner's trust account and shall forward those

5 payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in

6 accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and

7 forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and

8 number assigned to this action.

9        2. The Clerk of the Court is directed to serve a copy of this order and a copy of

10 plaintiff's signed in forma pauperis affidavit on Sheriff of Sacramento County, Attention:

11 Inmate Trust Account, 651 I Street, Sacramento, California 95814.

12        3. The Clerk of the Court is directed to serve a copy of this order on the Financial

13 Department of the court.

14 DATED:  December 19, 2010.

15

16

17                                          U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

1
26 chur2319.cdc