IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK W. CHURCH,

    Plaintiff,                       No. CIV S-10-2319 DAD (TEMP) P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendant.              <u>ORDER</u>

        A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b).

DATED: April 1, 2011.

                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:kly
chur2319.33a